Anthony J. SANTANGELO, Jr., Co–Executor of the Estate of Natalie Santangelo, Deceased; June Lenoir, Co–Executor of the Estate of Natalie Santangelo, Deceased, Plaintiffs–Appellants

v.

UNITED STATES of America,
Defendant–Appellee.

No. 14–60355
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 29, 2014.

James Tucker Knight, Knight Law Offices, P.L.L.C., Ridgeland, MS, for Plaintiffs–Appellants.

Patricia McDonald Bowman, Trial Attorney, Robert E. Dozier, U.S. Department of Justice, Washington, DC, for Defendant–Appellee.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before REAVLEY, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

In this tax dispute, the appellants challenge the district court's determination that certain stock proceeds were received in 2006 under the "constructive receipt" doctrine. We have considered the briefs, the record on appeal, and all relevant law, and we conclude that the district court's judgment should be affirmed essentially for the reasons articulated in the court's opinion on summary judgment. We agree with the district court that the appellants have not shown a "substantial limitation" on receipt of the stock proceeds when they first became available in 2006.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.